I also sent the court "exhibits" that are documents proving my innocence that Mr. Carbone messed up!

Dear Judge Stearns:        10-21-22

Sir, I hope you realize I am **NOT** out for my money and would be glad to just have adequate access to proceed pro se in my criminal case.

I cannot afford to litigate all of my valid claims against the Commonwealth!! They have Unlimited Resources! Cape Cod Court system is Corrupt.

The 15 year old "victim" called 911 and told the crazy lie that he woke-up with my mouth on his penis - going up n down like a "BJ"

It never happened.

He was taken by Police escort to Cape Cod Hosp. on 7-5-18 — He said he did NOT wash, shave, bath — since he called 911

On 8-21-2018 — The DNA came back with NO DNA on his genitals/penis.

So his claims were totally Debunked By Forensics. 4 years ago!

Yet what did the cop do? She held the Crime Lab report and S.A.N.E. form 2B's until 2 weeks prior to her Grand jury "Performance" and helped

The Commonwealth put on a "Magic show" to make ALL exculpatory evidence Disappear!
They left out the Fact, in "oral swipe" that NO saliva was on his junk! By tactics of rhetoric and misdirection. On top of it, The cop knew he destroyed his phone records and what remained proves he's a pathological liar into canny hardcore porno — and even told a friend to kill her dad.
She told the grand jury a phone expert confirmed ALL records marked forensically..
Yeah, 2 years later — when the disc she encrypted finally got accessed he had Destroyed evidence — and got a lawyer.
   Yes, he got A lawyer! For destroying evidence. When I told the scumbag lawyer to file an O'Dell ASAP — he instead said I am delusional and got me declared IST against the doctors at BSH.

Im sent to CORRUPT W.R. CH for A 2nd EVAL and they Treated me as A sex offender upon entry so they could BILL Mass Health over

100,000 for my stays of 40 & 20 days...
Yet after they use me to scam all this money - The Court wants 350.00 to sue them for all the shit they did to me that is OUTRAGEOUS.
Dr. Dinsmoe did not even use the Bridgewater eval of CST as source information! And she knew I was NOT IST because she recommended I he allowed to file a Pro Se (O'Dell Motion) — although she would not specify what motion...
She said, to paraphrase, "If he reneges on agreeing to file it then work with a lawyer we can Re<u>view</u>~~twist~~ his CST."
In other words, EXTORTION.
And that's what the lawyer was doing — either I agree to his ineffective representation or he would get me IST and a 2033 parole date w/o any Trial as M.G.L. 16(f).
Now I have to pay $350.00 in my case Dr. Daou... And that is

many years from a C.O. sexually harassing me, I'm accused of carrot rape; and he is sending inmates with bananas to stick in my face & ask if I want to suck it off!! While he laughs with other inmates in the dorm!!

Then he puts a young, gay inmate on my top bunk and says its a gift — but tells him to file a PREA on me if I try shit.            PREA
I asked the dude to move!!
And the next day — he filed a PREA on me. I went to seg... He told them I stalked him in the shower & bathroom!
They checked the cameras and I was never around him. Ask Mr. Chris Lennon at Worcester Internal Affairs!
Not only that, As I told you & them, He moved to my bunk top —
So How did I Stalk him?

C.O. Byrnes was Found Guilty of All this...
And this Money is Mine. Why do I need give it all out to file more agents of the Commonwealth?

-5-

I am living A Nightmare!
W.R.CH did the same similar thing, only in reverse, as on my 2d story for 20 days — They labeled me a predator for talking to A 19 year old on A porch & because he bought me lunch!
They did it to Validate their illegal treatment plan. The dude is Homophobic! I have NO prior charges & NO sex related convictions. —
I drove TAXI at time of my arrest with my Parole officers permission, Heather Allen, of N.Y. Parole dept. Call her!
And I lived A Budget Inn, full of kids.. Call my landlord, Vic Bidi. 518-673-3233.
He can vouch for all I say!
Call "Brad" Express TAXI in Gloversville NY
The W.R.CH doctors did NOT have A Court order to treat me to A treatment plan to treat a "Dangerous problematic Sex problem" As evidence by charges, these are suppose to be doctors.. No; it is

a SCAM... As I did not need to be in W.M.C.H to be evaluated for CST by a forensic psychologist, so they had to justify it by claiming to treat me!

How can I be treated for a problem I don't have / or a crime I've NOT been convicted of / or a Court order to treat me for??

They let another 19 year old my 1st 40 day even assault me! They told the brute mental care Thug my charges.. He threatened me for days — and did nothing until he attacked me — Then they said "Go in your room & are shut up."

Me & my sister called 911
They blew her off.
And staff ripped the phone from me — and put me on Phone Restriction, Lying that I was delusional — That I was paranoid people were trying to hurt me — when she knew I had just been assaulted
And its PROVEN by Video Review!
As my complaint was Substantiated.

7 W.A. EH were caught Lying, as a group! And they did so like a school of fish, as that is their M.O. — They cover up all incidents of assaults, by staff on PT or PT on staff, as they don't want Public Scrutiny.

I can't blame them, getting 2,000+ per day per patient!

So, they can pay over 2,000 a day to send me here, for treatment I don't need, with NO court ordered, so they can Bilk Mass Health, so they can suck the U.S. Government tit dry...
But I must pay 350.00?

Welcome to America — #1 Home of The Hypocrites. We talk about China! Russia? I bet they don't take Citizens and give them treatment plans when sent for a CST eval.!!

-6-

There I am, in Suffolk, Basically as Mr. Carbone refused to copy any document involv.g sheriff/police, etc and now I'm back and he's still at it — And so the bill to me is 700.00 or All my money.

And a Very Unlikely chance at even winning a dime.

Judge Roberton Denied Sheriff tVngeledis Motion to Dismiss, yet he want only not settle but opposed my motion to appt. Counsel!

I could NOT get Copies of Discovery, NOT with Mr. Carbone! So I had to send it to Melissa and beg her to distribute me & Mr. Could a copy Copy —

What everyone wants is me to lay Down, shut up, and Die.. or just take it up The ass with NO grease.

They only Wish I were IST so They Could commit me and make a profit of more treatment.. And if I was a child Rapist and TOLD Them so — They'd release me

so long as I played their game, did outpatient treatment and my life—so they could collect with bills to MASS Health.

Sorry!

I am not a child rapist. Last December Ellen J. Garnett — of Regenerate Attorney, made me the D.A.'s offer — Time Served, if I copped out to 1 count indecent assault —

Basically, Extortion, again! As I was IST at the time looking at a 2033 parole date! And unable to file an Odell motion as IST to boot. I asked her, "How can I do that — If I am IST?"

And she knew I had no damn intention of ever doing such a deal. She pursed her lips and stormed off.

And refused to put the deal in writing...

And I got a 6 months court date! How is this NOT extortion? And it the DA Patterson, who made the

deal — his last days in office — the same punk that got me indicted on falsehoods and withholding ex. evidence — why would he make such a deal if he believed I committed child rape?

Thank God, I was suing W.R.C.H and Judge Crldea. Could not send me there for a 3rd evil as he tried so hard to do — I got to Solomon & got Dr. Munoz, and she saved my life. As she wrote that I am NOT paranoid-delusional but presented documents to prove my claims! The Police, D.A., and alleged victim all provided false information or withheld ex. evidence to gain my indictment!!
She used 21 documents of mine as a source of information!
A Ph.d of forensics.
That doesn't happen every day!

And at Solomon I had an 18 year old room mate.. I'm sure

The Court would have been amused to see me taking the mattress off the extra other bed — as I thought I was being set up for another false sex charge!! I had two male workers tighting to yank the mattress for my roommate! Soon as I seen him! He looked fresh off a school bus!
Ironically, this girl, was bending over when my friend said "OOOh" about someone else with some cookies. & I had to stick up for him — "He was NOT referring to your body!!"
But she was hysterical. And TOLD Nurses we whistled at her ass! And of course, there's some reference in my emil to it.!
And there I was, just sitting in the dining area watching t.v. and eating cereal..!!
And he literally, did, see the cookies and go "ooh" as he wanted to get some.. If anything, she did it as she was mad he wasn't into her!
Sexual allegations has become weaponized...

Here I am, 4 years and 4 months later based on nothing but a <u>15</u> year old's allegations —

And trust me — He's like the boy that cried wolf on steroids... I am not worried at my trial — as he's not showing up!

What I worry about is that the Cop that <u>lied</u> and withheld evidence to get me indicted — when she knew I am innocent — loses her badge. How many others has she lied on or falsely testified against?

The only money I want is to sue <u>her</u>, W.R.C.T, and Worcester Jail.

I don't need any more <u>lawsuits</u>. I just want <u>legal access</u>.

Yet I must pay 700.00 to get it?

<u>Please let me know what the Court wants. As I will have less than 500.00 after I send 200.00 to pay my Dr. Daor case.</u>