Hon. Judge Stearns —                    10-21-22

    I presently have 500.00 on my account, here. My funds from Suffolk came last week. I must send 200.00 to Smith vs Dr. Daou — Judge Casper said 250.00 but it should be 10% of $1 from assessment in Dec 21 of $3.29. I voluntarily paid 100.00 but the court didn't acknowledge receipt for 3-4 months. I ordered 11 pads white lined paper and 60 manilla envelopes..

    I would need pay $700.00 to file both actions since the court will not conjoin them.

My complaints are not frivolous. And this is adverse.. Suffolk has laptops and I am pro se cant in NORA... And its not just legal! I am falsely accused of child anal rape.. And for 2 years Boykin IST as an attorney wanted to protect and benefit financial gain by giving the D.A. and police a way to get out of this unethical indictment they gained on perjury and on withholding exculpatory evidence..

2

And I Am <u>Not</u> Lying when I say, I read, somewhere, that when you win $ from a lawsuit, it's not considered in<u>come</u>. C.O. Byrnes agreed to settle as he had to pay his own legal bills..

I told Sheriff Evangelidis counsel I would settle for <u>7,500.00</u> which is <u>Not much</u> for A 1st Amendment violation. Judge Robertson's ruling says I have a claim to. But the people I sue have Unlimited Resources whereas I do not.

Once I run out of money, I will not be able to get A <u>manilla envelope or white lined paper</u>!

When here last year, I had to trade my Christmas meal away to get them.

And I did not commit perjury as the Form asks how much in my canteen, and on that date, here, I had <u>Zero</u> dollars.

I'm sure the defendants made sure the Court knew I had funds at Suffolk in <u>hope</u> to prevent my lawsuit — rather than provide legal Resources.

-3-

At This point, I do not trust Mr. Carbone to make copies,, As I've come to realize, if they did lose my legal work - I would have to pay another 300.00 to press a claim and what good would it do me — if I lost documents I need to prove Egregious Police Misconduct..

It is highly unlikely Attorney Matthew D. Schmitt will send me another letter to the D.A. That his Client is Still Waiting for The software to access the Alleged victims cell dump disc 18 months after my arrest..

And to kindly ask the police to the disclose software.!

Trust Mr. Carbone Refused to copy any document involving police or jail Officials last Feb + March — and I got transferred.. As he wouldn't! And Now he took the documents on 9-23-22 and I got them back 10-7-22 all messed up!

And now I am suppose to give him more documents? When he's told me "This is not my job"

They answer Grievances & Requests with <u>non-answers</u>... Which I've sent to the Court as proof.

But I am <u>done</u> turning over legal documents I cannot replace, to get copies made, to jail educators that have acted as Ms. Carbone has.

At present, I cannot afford to pay <u>one</u> file fee of 350.00 let alone <u>two</u>... And whereas I may have had funds in 6 months to pay - I don't have it now... And when I did, voluntarily send 100.00 to the Clerk in <u>June</u> - They didn't acknowledge receipt until <u>Sept</u> - its not on the docket. So why would I send more $?? Simple, The Court could care less about whether or not I pay the fee to Try, rather- they use it to Block access, as 350.00 is equivalent to <u>25%</u> of my total income for A year's time.

All 3 Actions would be 80%-90%
And its NOT income but an award!
It should not matter how many
Actions I file, That doesn't make Them
Frivolous.
And when I got transferred, I did not
try to proceed, on LT. Cahoon!
So I am not fabricating stories in hope
of monetary gain!!
I dont want to sue Suffolk.
I just want Them to take me back
and return me to the state I was
in and provide legal access.
I did not file any action on Them.
I told Them, I didn't want to do That.
But I could not accept how They were
making copies!!
I would like to proceed against
Suffolk if They will not take me
Back.
        ~~Plaintiff Spent~~
I will not spend 250.00 and
put in a slip to file The
Suffolk case.  Steven (S)
Please let me know The courts
decision.

